UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ENIBER LOPEZ NIZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 26-CV-13262-PBS |
| PAMELA BONDI, Attorney General, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **JUDGMENT**

SARIS, J.

In accordance with the Court's Order dated July 21, 2026 (Docket No. 8), allowing

Petitioner Eniber Lopez Niz's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is

hereby ORDERED that judgment is entered in favor of Petitioner.

By the Court,

Robert M. Farrell
Clerk of Court

/ s / Clarilde Karasek
Deputy Clerk

DATED: August 10, 2026